IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KIMBERLY MURPHY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:11-cv-00512 |
| | ) | |
| ELECTROLUX HOME PRODUCTS, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

___

ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES AND
CONTINUE PRETRIAL AND TRIAL DEADLINES

___

Before the Court is the Parties' Joint Motion to Extend Deadlines and Continue Pretrial and Trial Deadlines. For good cause shown, the motion is **GRANTED**. The following new deadlines are established:

    a.    Discovery Deadline:    June 6, 2012

    b.    Joint Mediation report:    May 30, 2012

    c.    Dispositive Motion Deadline:    July 10, 2012

Additionally, the trial date and other pre-trial deadlines established in the Order Setting Case for Trial, Docket Entry # 13, are cancelled. The Court will set new a new trial date and other pretrial deadlines after ruling on Defendant's motion for summary judgment.

**IT IS SO ORDERED** this  27th  day of  March   , 2012.

_____
UNITED STATES JUDGE

2

Case 3:11-cv-00512   Document 15   Filed 03/27/12   Page 2 of 2 PageID #: 64