# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| KIMBERLY MURPHY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:11-cv-00512 |
| | ) |
| ELECTROLUX HOME PRODUCTS, INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES AND CONTINUE PRETRIAL AND TRIAL DEADLINES

Before the Court is the Parties' Joint Motion to Extend Deadlines and Continue Pretrial and Trial Deadlines. For good cause shown, the motion is **GRANTED**. The following new deadlines are established:

        a.    Discovery Deadline:    June 6, 2012

        b.    Joint Mediation report:    May 30, 2012

        c.    Dispositive Motion Deadline:    July 10, 2012

Additionally, the trial date and other pre-trial deadlines established in the Order Setting Case for Trial, Docket Entry # 13, are cancelled. The Court will set new a new trial date and other pretrial deadlines after ruling on Defendant's motion for summary judgment.

**IT IS SO ORDERED** this  27th  day of  March    , 2012.

_____
UNITED STATES JUDGE